**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6129**

_____

WILLIAM THOMAS BARNES; JAMES CARL RICHARDSON,

Plaintiffs - Appellants,

versus

FRANKLIN E. FREEMAN, JR; GARY T. DIXON,

Defendants - Appellees,

and

DEBORAH ADLES,

Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-94-193-5-F)

_____

Submitted: June 28, 1996          Decided: July 18, 1996

_____

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Thomas Barnes, James Carl Richardson, Appellants Pro Se. Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barnes v. Freeman</u>, No. CA-94-193-5-F (E.D.N.C. Dec. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>